UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-82(02) RM |
| | ) | |
| KELSEY TRENT | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 11, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 31], ACCEPTS defendant Kelsey Trent's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  September 30, 2008


/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court